No. 04–9944. KIRK v. HINES, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 04–9946. KING v. REID ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–9947. PINEDA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–9954. STAMPONE v. SCOTTRADE FINANCIAL SERVICES ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9955. STAMPONE v. FAZIO ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9959. ORTIZ v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 04–9962. TONEY v. BRILEY, WARDEN, ET AL. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 04–9963. JUAREZ v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 04–9965. LINDSEY v. STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9969. BRIONES v. CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–9972. ALLEN v. UTAH. Sup. Ct. Utah. Certiorari denied.

No. 04–9973. BARBER v. PERDUE, GOVERNOR OF GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 04–9974. WHEELER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–9976. BENITEZ v. BURGE, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–9980. JOHNSON v. HARVEY, ATTORNEY GENERAL OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.